MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___CLARK W. DIXON___ CASE NO. _4:15-cr-00023-RRB_
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE: _____ RALPH R. BEISTLINE _____

DEPUTY CLERK/RECORDER: _____ NANCY LEALAISALANOA _____

OFFICIAL REPORTER: _____ NOT PRESENT _____

UNITED STATES' ATTORNEY: _____ STEVEN E. SKROCKI _____

DEFENDANT'S ATTORNEY: _____ BRENT R. COLE, RETAINED _____

U.S.P.O.: _____ MARCI LUNDGREN _____

PROCEEDINGS: ARRAIGNMENT/ENTRY OF PLEA ON SUPERSEDING FELONY
            INFORMATION (DKT 4) HELD NOVEMBER 23, 2015
-----------------------------------------------------------------
At 11:08 a.m. court convened.

Waiver of Indictment **FILED.**

Copy of Superseding Felony Information given to defendant:
summarized.

Defendant sworn.

Defendant stated true name: Clark Wilson Dixon, Age: 40.

Defendant advised of general rights, charges and penalties.

PLEAS: Guilty to counts 1s, 2s and ADMITTED the criminal
forfeiture allegation as stated in the Superseding Felony
Information.

Court accepted pleas. Referred to P.O. for Presentence Report.

Court reserved acceptance of the plea agreement.

Imposition of Sentence set for **February 12, 2016 at 8:30 a.m.**

Order Setting Conditions of Release **FILED.**

Bail Information Sheet **FILED.**

At 11:31 a.m. court adjourned.


DATE: _____ November 23, 2015 _____ DEPUTY CLERK'S INITIALS: _NXL_