# UNITED STATES DISTRICT COURT
for the
_____ District of Alaska _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:15-cr-00023-RRB |
| ) | |
| CLARK W. DIXON ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/23/15

*Defendant's signature*

*Signature of defendant's attorney*

Brent R. Cole
*Printed name of defendant's attorney*

S/RALPH R. BEISTLINE
Signature Redacted

*Judge's signature*

Ralph R. Beistline, U.S. District Judge
*Judge's printed name and title*